IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>DUILIO F. VITALE, JR.,<br><br>    Debtor.<br>_____<br>DUILIO F. VITALE, JR.,<br><br>    Appellant,<br><br>  v.<br><br>REGINA M. CORRIDORI, et al.,<br><br>    Appellees. | ) Chapter 11<br>) Bk. No. 21-10932 (BLS)<br>) BK. BAP No. 23-00054<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-1040-JLH<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 29th day of April 2024, having received a recommendation from Magistrate Judge Sherry R. Fallon that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 29, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **June 28, 2024.**

3. Appellant's reply brief is due on or before **July 12, 2024.**

                                                _____
                                                The Honorable Jennifer L. Hall
                                                United States District Judge