# **<u>EXHIBIT B</u>**

TO THE

APPELLANT'S BRIEF

Filed by Appellant Duilio F. Vitale, Jr.

2



20210628-0074952
P: 1 of 6   F:$116.00
Michael E. Kozikowski        6/28/2021 2:36:58 PM
New Castle Recorder          T20210042224
: $0.00                      DEE
                State: $1,625.00

Parcel No: 26-034.10-603
Prepared By:
Giordano Delcollo Werb & Gagne LLC
90 Lantana Drive
Hockessin, DE 19707
2021-1465B
Return To:
Foraker Properties, LLC
PO Box 1330
Hockessin, DE 19707

THIS DEED, Made this ___10___ day of _June_, 2021

**BETWEEN**

CASA BELLA RENTALS, LLC, a Delaware limited liability company, party of the first part

**AND**

FORAKER PROPERTIES, LLC, a Pennsylvania limited liability company, party of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of TEN AND 00/100 DOLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, does hereby grant and convey unto the said party of the second part, its successors and/or assigns, in fee simple:

ALL that certain lot, piece, or parcel of land, with buildings thereon erected, known as 203 North Harrison Street, situate in the City of Wilmington, New Castle County and State of Delaware, bounded and described in accordance with a recent survey by THE PELSA COMPANY dated February 6, 2001, as follows, to-wit:

BEGINNING at a point on the Westerly side of Harrison Street, at a distance of 20 feet Northerly from the Northerly side of Second Street, thence Westerly and parallel with Second Street, 80 feet to a corner, thence Northerly and parallel with Harrison Street, 16 feet to a corner, thence Easterly and parallel with Second Street and running through the middle of the brick division wall between the house on this lot and adjoining house on the North, 80 feet to the said Westerly side of Harrison Street, and thence thereby Southerly 16 feet to the place of Beginning. Be the contents thereof what they may.

6 1

BEING the same lands and premises which Duilio F. Vitale and Regina M. Vitale, by Deed dated 12/21/2007 and recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Document No. 20080219-0010662, granted and conveyed unto Casa Bella Rentals, LLC, in fee.

This Deed is signed by the Clerk of the Family Court pursuant to 13 Del.C. Section 1513(f) and pursuant to Court Order dated June 2, 2021.

SUBJECT TO ALL covenants, conditions, restrictions and easements of record, this reference to which shall not be construed to reimpose the same.

GRANTEE'S ADDRESS:
PO Box 1330
Hockessin, DE 19707

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of

_____

Casa Bella Rentals LLC

BY: _____
Regina Vitale, Managing Member

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 15 day of June, 2021, before me, a Notary Public for the State and County aforesaid, REGINA VITALE, Managing Member of CASA BELLA RENTALS, LLC, a Delaware limited liability company, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be her act and deed and the act and deed of said company.

WITNESS my hand and official seal, the day and year first herein written.

_____
Notary Public
My Commission Expires:

JENNA L. STAYTON
Attorney-at-Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

*Karen Sawni, clerk of cast on behalf of*

BY: _Duilio Vitale_ _____ (SEAL)

Duilio Vitale, Member
by the Clerk of the Family Court
pursuant to 13 Del.C. Section 1513(f)
and Court Order dated June 2, 2021

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this _10th_ day of _June_, 2021, before me, a Notary Public for the State and County aforesaid, _Shakeeta M. Benson_, Clerk of the Family Court, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be _____ act and deed.

WITNESS my hand and official seal, the day and year first herein written.

Notary Public
My Commission Expires: _February 26, 2023_

IN THE FAMILY COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

REGINA CORRIDORI,   )
          )
    Petitioner,  )  File No. CN17-01171
          )
  v.       )  Petition No. 19-27857
          )
DUILIO VITALE,    )
          )
    Respondent. )

### ORDER

Having considered the within Rule 60(a) Motion to Reopen, along with any response thereto, IT

IS HEREBY ORDERED this _2nd_ day of _June_, 2021:

1. Wife shall have sole authority to sell the following properties:

 a.) 103 Ruth Street, Wilmington, DE 19805

 b.) 203 N. Harrison Street, Wilmington, DE 19805

 c.) 511 S. Harrison Street, Wilmington, DE 19805

 d.) 1130 Elm Street, Wilmington, DE 19805

 e.) 1735 W. 5th Street, Wilmington, DE 19805

 f.) 1339 Linden Street, Wilmington, DE 19805

 g.) 1737 W. 6th Street, Wilmington, DE 19805

2. Wife shall have the sole authority to choose the realtor and make any and all decisions with

regard to the sale of the properties. The Clerk of the Court shall have the authority to sign, on behalf of

Husband, individually and in his capacity as member of Casa Bella Rentals, LLC, any and all documents

necessary to sell the homes, including, but not limited to, listing agreements, contracts, deeds and transfer tax affidavits.

    3.  Husband shall fully cooperate with any and all showings of the homes and shall maintain the properties in a clean and orderly manner.

JUDGE MARY S. MUCH

cc: Parties, Counsel, File

* mailed 6/2/21

**20210628-0074990**

P: 1 of 6   F:$116.00
                        6/28/2021 2:51:18 PM
Michael E. Kozikowski      T20210042246
New Castle Recorder              DEE
: $0.00                   State: $1,875.00

*4*

Parcel No(s).:  26-026.20-318
Prepared By:
Giordano Delcollo Werb & Gagne LLC
90 Lantana Drive
Hockessin, DE 19707
2021-1470B
Return To:
Foraker Properties LLC
PO Box 1330
Hockessin, DE 19707

THIS DEED, Made this ⎵10⎵ day of _June_ , 2021.

BETWEEN

CASA BELLA RENTALS, LLC, a Delaware limited liability company, party of the first part

AND

FORAKER PROPERTIES LLC, a Pennsylvania limited liability company, party of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of Ten And No/100 Dollars ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, does hereby grant and convey unto the said party of the second part its successors and/or assigns, in fee simple:

ALL that certain lot, piece or parcel of land with the dwelling house thereon erected, known as No. 1735 West Fifth Street, situate in the City of Wilmington, New Castle County, State of Delaware, and being more particularly bounded and described in a more recent survey prepared by East Coast Survey, Inc., dated 04-07-06, as follows, to-wit:

BEGINNING at a point on the Northerly side of West Fifth Street, at 54 feet wide, a corner for Lots Nos. 1733 West Fifth Street and 1735 West Fifth Street, said point being located 264.3 feet measured Northwesterly along the said Northerly side of West Fifth Street from its point of intersection with the Westerly side of North Dupont Street, at 60 feet wide; thence from said point of Beginning Northeasterly parallel with Dupont Street 84 feet passing through the middle of the party wall between the house erected on this lot and the house erected on the East to a point in the Southerly side of a driveway 14 feet 3 inches wide, opening into the Easterly side of Scott Street; thence Northwesterly parallel with West Fifth Street along the Southerly side of said driveway 13.94 feet to a point in the division line between subject premises and 1737 West Fifth Street; thence thereby Southwesterly parallel with Dupont Street 84 feet passing through the middle of the party wall between the house erected on this lot and the house erected

*6* *'*

on the lot adjoining on the West to a point in the Northerly side of West Fifth Street; thence thereby Southeasterly 13.94 feet to the point and place of BEGINNING. Be the contents thereof what they may.

BEING the same lands and premises which Regina M. Vitale, by Deed dated December 21, 2007 and recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Document No. 20080219-0010660, granted and conveyed unto Casa Bella Rentals, LLC, a Delaware Limited Liability Company, in fee.

This Deed is signed by the Clerk of the Family Court pursuant to 13 Del.C. Section 1513(f) and pursuant to Court Order dated June 2, 2021.

SUBJECT TO ALL covenants, conditions, restrictions and easements of record, this reference to which shall not be construed to reimpose the same.

GRANTEE'S ADDRESS:
PO Box 1330
Hockessin, DE 19707

**202106280074990 Page 3 of 6**

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

Casa Bella Rentals LLC

BY: _____ (SEAL)
Regina Vitale, Managing Member

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 15 day of June, 2021, before me, a Notary Public for the State and County aforesaid, REGINA VITALE, Managing Member of CASA BELLA RENTALS, LLC, a Delaware limited liability company, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be her act and Deed and the act and Deed of said company.

WITNESS my hand and official seal, the day and year first herein written.

_____
Notary Public
My Commission Expires: NA

JENNA L. STAYTON
Attorney-at-Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

City of Wilmington
Delaware  6/28/21
1125.00
TM

DEPARTMENT OF FINANCE
LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801-3537

**202106280074990 Page 4 of 6**

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

Casa Bella Rentals LLC

_Ka Stoz mou's Clerk of C_
_on behalf of_
BY: _Duilio Vitale_ (SEAL)

Duilio Vitale, Member
by the Clerk of the Family Court pursuant
to 13 Del.C. Section 1513(f) and Court
Order dated June 2, 2021

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this ____ day of _June_, 2021, before me, a Notary Public for the State and County aforesaid, _____, the Clerk of the Family Courtparty to this Indenture, known to me personally to be such, and acknowledged this Indenture to be _____ act and Deed.

WITNESS my hand and official seal, the day and year first herein written.

Notary Public
My Commission Expires: _February 26, 2023_

IN THE FAMILY COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

REGINA CORRIDORI, )
)
        Petitioner, )   File No. CN17-01171
)
v. )   Petition No. 19-27857
)
DUILIO VITALE, )
)
        Respondent. )

## ORDER

Having considered the within Rule 60(a) Motion to Reopen, along with ~~any~~ husband's response thereto, IT IS HEREBY ORDERED this 2nd day of June, 2021:

1. Wife shall have sole authority to sell the following properties:

    a.) 103 Ruth Street, Wilmington, DE 19805

    b.) 203 N. Harrison Street, Wilmington, DE 19805

    c.) 511 S. Harrison Street, Wilmington, DE 19805

    d.) 1130 Elm Street, Wilmington, DE 19805

    e.) 1735 W. 5th Street, Wilmington, DE 19805

    f.) 1339 Linden Street, Wilmington, DE 19805

    g.) 1737 W. 6th Street, Wilmington, DE 19805

2. Wife shall have also sole authority to choose the realtor and make any and all decisions with regard to the sale of the properties. The Clerk of the Court shall have the authority to sign, on behalf of Husband, individually and in his capacity as member of Casa Bella Rentals, LLC, any and all documents

necessary to sell the homes, including, but not limited to, listing agreements, contracts, deeds and transfer tax affidavits.

    3.  Husband shall fully cooperate with any and all showings of the homes and shall maintain the properties in a clean and orderly manner.

JUDGE MARY S. MUCH

cc: Parties, counsel, File

\* mailed 6/2/21



*3*

**20210628-0074973**
P: 1 of 4   F:$90.00
Michael E. Kozikowski      6/28/2021 2:46:33 PM
New Castle Recorder        T20210042238
: $0.00                    DEE
                           State: $1,625.00

Parcel No(s).:  26-033.20-287
Prepared By:
Giordano Delcollo Werb & Gagne LLC
90 Lantana Drive
Hockessin, DE 19707
2021-1478B
Return To:
Foraker Properties, LLC
PO Box 1330
Hockessin, DE 19707

*THIS DEED*, Made this **10** day of **June**, 2021

BETWEEN

CASA BELLA RENTALS, LLC, a Delaware limited liability company, party of the first part

AND

FORAKER PROPERTIES, LLC, a Pennsylvania limited liability company, party of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, does hereby grant and convey unto the said party of the second part, its successors and/or assigns, in fee simple:

ALL that certain lot, piece, or parcel of land, with the improvements thereon erected, known as 103 Ruth Street, situate in the City of Wilmington, New Castle County and State of Delaware, and being more particularly bounded and described in accordance with a recent survey by Zebley & Associates, Inc., Professional Land Surveyors, of Wilmington, Delaware dated October 26, 1987 as follows, to-wit:

BEGINNING at a point on the Westerly side of Ruth Street, at the distance of 100.00 feet 4-5/8 inches Northerly from the Northerly side of Lancaster Avenue and at the center of a division wall between this lot and the house adjoining on the North; thence Westerly, parallel with Lancaster Avenue, passing through the center of said division wall, 73.00 feet, 6 inches more or less, to the Easterly side of a 3 feet wide alley, leading into another alley opening into Ruth Street; thence Southerly and parallel with Ruth Street, 12.00 feet 6 inches, more or less to a point in line with the center of the division wall between the house on this lot and the house adjoining on the South; thence Easterly and parallel with Lancaster Avenue passing through the center of the said division wall, 73.00 feet 6 inches, more or less, to the said Westerly side of Ruth Street and thence thereby, Northerly 12.00 feet 6 inches more or less to the point and place of

*4* *1*

**202106280074973 Page 2 of 4**

BEGINNING. Be the contents thereof what they may.

BEING the same lands and premises which Duilio Vitale and Regina Vitale, husband and wife, by Deed dated December 21, 2007 and recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Document No. 20080219-0010663, granted and conveyed unto Casa Bella Rentals, LLC, in fee.

This Deed is signed by the Clerk of the Family Court pursuant to 13 Del.C. Section 1513(f) and pursuant to Court Order dated June 2, 2021.

SUBJECT TO ALL covenants, conditions, restrictions and easements of record, this reference to which shall not be construed to reimpose the same.

SUBJECT TO such state of facts as would be disclosed by an accurate survey of the premises.

GRANTEE'S ADDRESS:
PO Box 1330
Hockessin, DE 19707

**202106280074973 Page 3 of 4**

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

Casa Bella Rentals LLC

_____

BY: _____
Regina Vitale, Managing Member

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 15 day of June, 2021, before me, a Notary Public for the State and County aforesaid, REGINA VITALE, Managing Member of CASA BELLA RENTALS, LLC, a Delaware limited liability company, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be her act and deed and the act and deed of the company.

WITNESS my hand and official seal, the day and year first herein written.

_____
Notary Public
My Commission Expires:

**JENNA L. STAYTON**
Attorney-at-Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

City of Wilmington
Delaware
6/28/21
975.00
TM

DEPARTMENT OF FINANCE
LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801-3537

**202106280074973 Page 4 of 4**

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

_Kau Stos Nino Clerk of Court_
_Shalf of Duilio Vitale_

BY: _____
    Duilio Vitale, Member
    by the Clerk of the Family Court pursuant to
    13 Del.C. Section 1513(f) and Court Order
    dated June 2, 2021

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this _10_ day of _June_, 2021, before me, a Notary Public for the State and County aforesaid, _Shaket A Benson_, Clerk of the Family Court, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be _her_ act and deed.

WITNESS my hand and official seal, the day and year first herein written.

_Shalneeta M Benson_
Notary Public
My Commission Expires: _February 26, 2023_

*1*

||| (barcode) |||
**20210628-0074922**
P: 1 of 4    F:$90.00
Michael E. Kozikowski        6/28/2021 2:32:46 PM
New Castle Recorder        T20210042218
: $0.00                              DEE
                              State: $1,750.00

Parcel No(s).: 26-042.10-090
Prepared By:
Giordano Delcollo Werb & Gagne LLC
90 Lantana Drive
Hockessin, DE 19707
2021-1476b
Return To:
Foraker Properties LLC
PO Box 1330
Hockessin, DE 19707

THIS DEED, Made this _10_ day of _June_, 2021

BETWEEN

CASA BELLA RENTALS, LLC, a Delware limited liability company, party of the first part

-AND-

FORAKER PROPERTIES LLC, a Pennsylvania limited liability company, party of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, does hereby grant and convey unto the said party of the second part, its successors and/or assigns, in fee simple:

ALL that certain lot, piece or parcel of land with the improvements thereon, situate in the City of Wilmington, New Castle County and State of Delaware, being known as 511 South Harrison Street and being more particularly bounded and described in accordance with a survey prepared by B. Michael Cartolano dated April 27, 2011, as follows, to wit:

BEGINNING at a point on the Westerly side of Harrison Street at the distance of one hundred and twenty-one feet and three and three sixteenths inches more or less Northerly from the Northerly side of Sycamore Street; thence Westerly parallel with said Sycamore Street and passing through the middle of the party division wall between the house on this lot and the house on the lot adjoining on the South, eighty-seven feet to a point in the Easterly side of a three feet wide alley; thence Northerly along the said side of said alley parallel with Harrison Street, thirteen feet and three and five-sixteenth inches more or less to a point; thence Easterly parallel with said Sycamore Street and passing through the middle of the party division wall between the house on this lot and the house on the lot adjoining on the North, eighty-seven feet to a point on the said Westerly side of Harrison Street and thence thereby Southerly thirteen feet and three and five-sixteenth inches more or less to the place of beginning. Be the contents thereof what they

*4'*

**202106280074922 Page 2 of 4**

may.

BEING the same lands and premises which Nery Pabon, by Deed dated April 29, 2011 and recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Document No. 20110506-0023276, granted and conveyed unto Casa Bella Rentals, LLC, a Delaware limited liability company, in fee.

This Deed is signed by the Clerk of the Family Court pursuant to 13 Del.C. Section 1513(f) and pursuant to Court Order dated June 2, 2021.

SUBJECT TO ALL covenants, conditions, restrictions and easements of record, this reference to which shall not be construed to reimpose the same.

SUBJECT TO such state of facts as would be disclosed by an accurate survey of the premises.

GRANTEE'S ADDRESS:
PO Box 1330
Hockessin, DE 19707

**202106280074922 Page 3 of 4**

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered                                      Casa Bella Rentals LLC
in the presence of:

_____                      BY: _____
                                                             Regina Vitale, Managing Member

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 18 day of June, 2021, before me, a Notary Public for the State and County aforesaid,  REGINA VITALE, Managing Member of CASA BELLA RENTALS, LLC, a Delaware limites liability company, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be her act and deed and the act and deed of said company.

WITNESS my hand and official seal, the day and year first herein written.

JENNA L. STAYTON                       _____
Attorney-at-Law                            Notary Public
Notary Public, State of Delaware       My Commission Expires:
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

IN WITNESS WHEREOF, the said party of the first part has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

_____    BY: _____
Karen ~~Goodwins~~ Clerk of Court on behalf of Duilio Vitale
Duilio Vitale, Member
by the Clerk of the Family Court pursuant to
13 Del.C. Section 1513(f) and Court Order
dated June 2, 2021

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 10th day of June, 2021, before me, a Notary Public for the State and County aforesaid, Shakeeta M. Benson, Clerk of the Family Court, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be _____ act and deed.

WITNESS my hand and official seal, the day and year first herein written.

_____
Notary Public
My Commission Expires: February 26, 2023

5

**20210702-0077454**
P: 1 of 6   F:$116.00
                          7/2/2021 11:58:37 AM
Michael E. Kozikowski      T20210043526
New Castle Recorder              DEE
: $0.00                   State: $1,625.00

Parcel No.: 26-034.30-653
Prepared By:
Giordano Delcollo Werb & Gagne LLC
90 Lantana Drive
Hockessin, DE 19707
2021-1477B
Return To:
Foraker Properites, LLC
PO Box 1330
Hockessin, DE 19707

THIS DEED, Made this __10__ day of ___June___, 2021.

BETWEEN

REGINA VITALE, of New Castle County and State of Delaware, AND DUILIO VITALE, BY THE CLERK OF THE FAMILY COURT PURSUANT TO 13 DEL.C. SECTION 1513(F), parties of the first part

AND

FORAKER PROPERITES, LLC, a Pennsylvania Limited Liability Company, party of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of Ten And No/100 Dollars ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, does hereby grant and convey unto the said party of the second part, its successors and/or assigns, in fee simple:

ALL that certain lot or piece or land with the two-story brick dwelling house thereon erected, (being known as 1130 Elm Street) situate in the City of Wilmington, County of New Castle and State of Delaware, bounded and described as follows, to wit:

BEGINNING at a point on the Southerly side of Elm Street at the distance of twenty six feet Easterly from the Easterly side of Harrison Street; thence Southerly, parallel with Harrison Street and passing through the center of the division wall between this house and the house adjoining on the West, eighty-two feet to the Northerly side of a three feet wide alley leading into Harrison Street; thence Easterly along said alley side and parallel with Elm Street twelve feet to a corner; thence Northerly parallel with the first described line and Harrison Street and passing through the center of the division wall between this house and the house adjoining on the East eighty-two feet to the said Southerly side of Elm Street; thence thereby Westerly twelve feet to the place of BEGINNING. BE the contents thereof what they may.

6

**202107020077454 Page 2 of 6**

BEING the same lands and premises which Casa Bella Rentals, LLC, a Delaware limited liability company, by Deed dated January 17, 2014 and recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Document No. 20140204-0004645, granted and conveyed unto Regina Vitale and Duilio Vitale, husband and wife, as tenants by the entireties and not as tenants in common, in fee.

This Deed is signed by the Clerk of the Family Court pursuant to 13 Del.C. Section 1513(f) and pursuant to Court Order dated June 2, 2021.

SUBJECT TO ALL covenants, conditions, restrictions and easements of record, this reference to which shall not be construed to reimpose the same.

GRANTEE'S ADDRESS:
PO Box 1330
Hockessin, DE 19707

**202107020077454 Page 3 of 6**

IN WITNESS WHEREOF, the said Regina Vitale has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

_____                    _____ (SEAL)
                                            REGINA VITALE

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this 15 day of June, 2021, before me, a Notary Public for the State and County aforesaid, REGINA VITALE, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be her act and Deed.

WITNESS my hand and official seal, this 15 day of June, 2021.

**JENNA L. STAYTON**                        _____
Attorney-at-Law                             Notary Public
Notary Public, State of Delaware            My Commission expires:_____
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

**202107020077454 Page 4 of 6**

IN WITNESS WHEREOF, the said Clerk of the Family Court has caused this Deed to be duly executed the day and year first above written.

Sealed and Delivered
in the presence of:

_____         Karen Hoar Nino Clerk of Court
                                and behalf of Duilio Vitale (SEAL)
                                DUILIO VITALE, BY THE CLERK OF THE
                                FAMILY COURT, PURSUANT TO
                                13 DEL.C. SECTION 1513(f) AND TO
                                COURT ORDER DATED JUNE 2, 2021

STATE OF DELAWARE

COUNTY OF NEW CASTLE

BE IT REMEMBERED, That on this ___ day of _____, 2021, before me, a Notary Public for the State and County aforesaid, _____, Clerk of the Family Court, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be ___ act and Deed.

WITNESS my hand and official seal, this ___ day of June, 2021.

_____
Notary Public
My Commission expires: February 26, 2023

IN THE FAMILY COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

REGINA CORRIDORI,       )
                        )
           Petitioner,  )        File No. CN17-01171
                        )
      v.                )        Petition No. 19-27857
                        )
DUILIO VITALE,          )
                        )
           Respondent.  )

**ORDER**

Having considered the within Rule 60(a) Motion to Reopen, along with ~~any~~ if husband response thereto, IT

IS HEREBY ORDERED this  2nd day of ___June___, 2021:

1. Wife shall have sole authority to sell the following properties:

    a.) 103 Ruth Street, Wilmington, DE 19805

    b.) 203 N. Harrison Street, Wilmington, DE 19805

    c.) 511 S. Harrison Street, Wilmington, DE 19805

    d.) 1130 Elm Street, Wilmington, DE 19805

    e.) 1735 W. 5th Street, Wilmington, DE 19805

    f.) 1339 Linden Street, Wilmington, DE 19805

    g.) 1737 W. 6th Street, Wilmington, DE 19805

2. Wife shall have also sole authority to choose the realtor and make any and all decisions with regard to the sale of the properties. The Clerk of the Court shall have the authority to sign, on behalf of Husband, individually and in his capacity as member of Casa Bella Rentals, LLC, any and all documents

**201107020077454 Page 6 of 6**

necessary to sell the homes, including, but not limited to, listing agreements, contracts, deeds and transfer tax affidavits.

3. Husband shall fully cooperate with any and all showings of the homes and shall maintain the properties in a clean and orderly manner.

_____
JUDGE MARY S. MUCH

cc: Parties, Counsel, File

* mailed 6/2/21